CORRECTED ORDER: April 14, 2009

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3012

GEORGE W. WINGO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0752080083-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The United States Postal Service moves without opposition for an extension of time, until May 1, 2009, to file its initial brief. The parties also jointly move for leave to supplement the record.

Because the record on review includes any transcripts, the motion for leave to supplement the record is denied as unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion to supplement the record is denied as unnecessary.

APR 14 2009

_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Hope H. Camp, Jr., Esq.
       Michael D. Austin, Esq.
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 4 2009

JAN HORBALY
CLERK

2009-3012                          - 2 -